## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| US FIRE INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 21-0026-CG-B |
| MARTIN CONTRACTORS, LLC; PHILLIP MARTIN; DONNA MARTIN; 110 LOUISVILLE AVE, LLC; JAMES N. MARTIN; CLM LLC; and SUSAN MARTIN, | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Court's order entered this date, granting Plaintiff's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

a. That final judgment is entered in favor of Plaintiff **US Fire Insurance Company** and against Defendants;

b. That Plaintiff shall recover **$802,713.59** in actual damages from Defendants;

c. That Plaintiff shall recover costs of court from Defendants;

d. That Plaintiff shall recover pre-judgment interest at the highest rate allowed by law;

e. That Plaintiff shall recover post-judgment interest at the highest rate allowable by law, from the date of judgment until the satisfaction of same; and

f. That Plaintiff shall be allowed such writs and processes as may be necessary

in the collection and enforcement of this judgment.

  **DONE** and **ORDERED** this 13th day of September, 2022.

          /s/ Callie V. S. Granade
          SENIOR UNITED STATES DISTRICT JUDGE